**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| In re<br>AARON M COPE<br><br><br><br><br>Debtor(s) | ) Case No.  311-37743-elp13<br>)<br>) Confirmation Hearing Date: Nov 3, 2011<br>)<br>) TRUSTEE'S OBJECTION TO<br>) CONFIRMATION; AND<br>) MOTION(S) THEREON |

THE TRUSTEE:

1. Objects to confirmation for the reason(s) marked below:

    _____a.  Attorney fees sought are excessive:

    _____b.  Case not filed in good faith/Plan not proposed in good faith:

    _____c.  Plan is not feasible:

    _____d.  Plan does not commit all of the debtor's excess projected disposable income pursuant to §1325(b)(1)(B) for the applicable commitment period:

    _____e.  Plan does not meet best interest test:

    __X___f.  Filing/ documentation deficient: **as requested at the §341(a) hearing, please provide the Trustee with the following:**
    1. **Copy of the Wage Order filed with the Court;**
    2. **2010 Federal and State Tax Returns;**
    3. **Copy of the debtor's Bank Statements listed on Schedule B that includes the filing date;**
    4. **Amended Schedule I that includes the breakdown of the two rental incomes;**
    5. **Amended Schedule J that includes the breakdown of the two rental expenses and the debtors separate room rent expense; and**
    6. **Amended B22C that no longer includes the rental expense on line 4(b), this expense should be listed on line 57** (case will become above median)

    \_\_\_\_\_g.  Other:

2. If, not less than 10 days prior to the confirmation hearing, the debtor fails to take all necessary steps to satisfy each objection marked above (e.g., file an amended plan using LBF #1355.05, file all documentation noted in 1.f., etc.), the trustee must promptly file this document.  If this document is filed, the trustee moves the court for an order per the section(s) marked below:

    _____a.  Move that the debtor's attorney's fee request be modified as follows:
    and/or
    ___X__b.  (If any section other than 1.a. is marked above) move that the case be dismissed without further notice.

3. Certifies a copy of this document was served on the debtor and debtor's attorney, if any, by hand at the first meeting of creditors on \_\_\_\_**N/A**\_\_\_\_\_, or by mail on **October 13, 2011**.

DATED:  October 13, 2011

_/s/ Wayne Godare<br>Trustee

ALEXZANDER C J ADAMS

1350.70  (06/24/97)(jt for mn)